| | | | |
|---|---|---|---|
| | AUSA: Caitlin Casey | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: Kenton Weston | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Marshawn Alderson

Case No.

Case: 2:20-mj-30466
Judge: Unassigned,
Filed: 11-03-2020 At 04:06 PM
USA v. MARSHAWN ALDERSON (CMP)
(MLW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Sept. 22, 2020 and Oct. 29, 2020,  in the county of  Wayne  in the  Eastern  District of  Michigan  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(a)(6) | Making false statements during purchases of firearms |
| 18 USC § 922(g)(3) | Unlawful user of a controlled substance in possession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Kenton Weston, Special Agent (ATF)
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  November 3, 2020

_____
Judge's signature

City and state:  Detroit, Michigan

Hon. Anthony P. Patti, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Kenton Weston, being first duly sworn, hereby depose and state as follows:

### Introduction

1. I have personal knowledge of the facts set forth in this affidavit, with the exception of the matters expressly stated to be based upon information and belief.

2. I make this affidavit with personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since January 2018. I am currently assigned to the Detroit Field Division, Crime Gun Enforcement Team (CGET) where I am tasked with investigating

violations of federal firearms laws. I have been involved in dozens of investigations involving violations of federal firearms laws, which have resulted in the seizure of hundreds of firearms. In addition, I have graduated the Federal Law Enforcement Training Center, and ATF Special Agent Basic Training.

4. I am currently conducting a criminal investigation concerning Marshawn ALDERSON (B/M, xx/xx/1997) for violations of 18 U.S.C. § 922(a)(6) (making false statements during purchases of firearms) and 18 U.S.C. § 922(g)(3) (unlawful user of a controlled substance in possession of a firearm).

## Probable Cause

5. On October 27, 2020, I obtained a federal search warrant for ALDERSON's residence, located at 19595 Westphalia in Detroit, Michigan.

6. On October 29, 2020, the CGET and Michigan State Police executed the above warrant at 19595 Westphalia. Law enforcement conducted a systematic search of the residence and recovered the following items in the defendant's bedroom:

   a. One (1) black Glock, Model 21, .45 caliber pistol, on top of clothing in a hamper. The pistol was loaded and had

        an extended magazine containing twenty-two (22) rounds of ammunition; and

    b. Three (3) knotted plastic bags containing suspected marijuana weighing a total of approximately 84 grams from the top drawer of the bedroom dresser; and

    c. Three (3) knotted plastic bags containing suspected marijuana weighing a total of approximately 43 grams from a drawer in the bedroom dresser; and

    d. One (1) Poseidon black and silver digital scale from the top of the dresser.

7. After entering the residence, agents observed ALDERSON exit his bedroom. Special Agent Klupacs advised ALDERSON of his *Miranda* Rights. ALDERSON spoke with Special Agents Klupacs and Weston and stated, in summary and not verbatim, the following:

    a. His bedroom is the southwest, first-floor bedroom.
    b. He smokes marijuana every day.
    c. He has purchased firearms from various Federal Firearm Licensee (FFL), including Glock, Model 21, .45 caliber pistol, later recovered from his bedroom.
    d. He has purchased a firearm for another person. On one occasion, he purchased an Anderson Manufacturing, Model AM-15, 5.56 caliber semiautomatic pistol at the FFL 8 Mile Pawn located in the Eastern District of Michigan. During that transaction, he received cash

        from the true purchaser, while inside the FFL, to purchase the firearm. He completed this purchase because the true purchaser was prohibited from buying a firearm from a FFL due to age.

    e.    He is not currently employed.

    f.    In addition to the firearm he purchased from FFL 8 Mile Pawn for the underage person, he has sold firearms for a profit to other unidentified individuals and has carried a firearm to at least one of these firearm sales.

    g.    He sells marijuana for a profit and stores his marijuana in his residence.

    h.    He owns a firearm to protect himself and the residence.

8.    During the course of my investigation, I learned that ALDERSON purchased the Anderson Manufacturing, Model AM-15, 5.56 caliber semiautomatic pistol on September 22, 2020. ALDERSON gave the true, underage purchaser the firearm upon leaving FFL 8 Mile Pawn, and that firearm was subsequently recovered from that individual's residence.

9.    I also received and reviewed the firearm transaction records (ATF Form 4473) completed and signed by ALDERSON on September 22, 2020, during the purchase of the Anderson Manufacturing, Model AM-15, 5.56-caliber semiautomatic pistol. An ATF Form 4473 is required

for anyone who is purchasing or picking up a firearm from an FFL.  Form 4473 asks the purchaser of a firearm the following question:

> *"Are you the actual transferee/buyer of the firearm(s) listed on this form?  Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you."*

On the form, ALDERSON marked, "Yes."  ALDERSON also signed his name certifying his answers are true, correct, and complete. Further, ALDERSON signed his name where it states:

> *"I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under federal law, and may also violate state and/or local laws."*

10.  I conferred with ATF Special Agent David Salazar, an Interstate Nexus expert, who indicated the firearms listed above were manufactured outside of the State of Michigan and therefore, have traveled in or affected interstate or foreign commerce.

## Conclusion

11.  Based on the above information, I have probable cause to believe that Marshawn ALDERSON, purchased the Anderson Manufacturing, Model AM-15, 5.56 caliber semiautomatic pistol for

another individual and not for himself as he certified on the ATF Form 4473, in violation of 18 U.S.C. § 922(a)(6).

12. Probable cause also exists that ALDERSON committed a violation of 18 U.S.C. § 922(g)(3), as ALDERSON stated he uses marijuana daily, was in possession of a large quantity of suspected marijuana, and was in possession of the Glock, Model 21, .45 caliber semiautomatic pistol.

13. These violations occurring all within the Eastern District of Michigan.

Respectfully submitted,

Kenton Weston, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Anthony P. Patti
United States Magistrate Judge

Dated:   November 3, 2020